**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
MAY 13 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 21-27

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.**   **ORDER FOR ISSUANCE OF SUMMONS** | |
| **BRIAN WILLIAM DELAFAYETTE** | **DEFENDANT** |

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, Brian William Delafayette, to APPEAR in United States District Court at Covington, Kentucky, on May 20, 2021, at 1:30 p.m. and shall DIRECT the Defendant to contact the United States Probation Office in Covington, Kentucky, at telephone number (859) 392-7934, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this 13th day of May, 2021.

_Candace J. Smith_
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
United States Probation
Andrew T. Boone, Assistant United States Attorney