Eastern District of Kentucky
FILED
MAY 13 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 21-27

**UNITED STATES OF AMERICA**            **PLAINTIFF**

V.            **DISCLOSURE BY UNITED STATES OF ORGANIZATIONAL VICTIM**

**BRIAN WILLIAM DELAFAYETTE**            **DEFENDANT**

\* \* \* \* \*

Pursuant to Federal Rule of Criminal Procedure 12.4, the United States discloses that Answers in Genesis, Inc. is the organizational victim of the criminal activity alleged in the Indictment.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____ for
Andrew T. Boone
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4841
andrew.boone2@usdoj.gov