**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 21-27-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                **ORDER**

**BRIAN WILLIAM DELAFAYETTE**                                                        **DEFENDANT**

*** *** *** ***

On July 21, 2021, Magistrate Judge Candace J. Smith, pursuant to referral and with the consent of the parties, conducted a video rearraignment proceeding in this case during which Defendant Brian William Delafayette pleaded guilty to the charge of the Indictment. (*See* Doc. # 18).   Pursuant to 28 U.S.C. § 636(b)(1), Judge Smith recommends that the Defendant's guilty plea be accepted. (*See* Doc. # 22).  Neither side has objected to that Recommendation, and the time to do so has expired. (*Id.* at 2-3). Accordingly,

**IT IS ORDERED** that the Defendant's guilty plea to the charge of the Indictment is hereby **ACCEPTED**; Judge Smith's Recommendation (Doc. # 22) is hereby **ADOPTED** as the opinion of the Court; and the parties' tendered Plea Agreement (Doc. # 20) shall be **filed by the clerk and docketed into the record**.

This 5th day of August, 2021.



Signed By:
*David L. Bunning* DB
**United States District Judge**